UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61412-UU

MAYA BENYAMIN COHEN,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
    _____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On November 22, 2019, the Court entered an Order requiring Plaintiff to file a mediation report by November 25, 2019.  D.E. 14.  The Court warned: "Failure to comply with this Order will result in the immediate dismissal of this action." *Id.*

Federal Rule of Civil Procedure 41(b) permits a Court to dismiss a case for failure to prosecute or to comply with a Court order.  Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (clarifying that Rule 41(b) permits a Court to dismiss an action *sua sponte* for failure to comply with court order).  To date, Plaintiff has failed to respond to the Court's Order.  Neither has Plaintiff filed a mediation report.  Thus, the Court will dismiss the action without prejudice.  Accordingly, it is

ORDERED AND ADJUDGED that all claims in this action are hereby DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED; all motions DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _27th__ day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf